**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZAISAN ENTERPRISES LLC,
                              Appellant,
                vs.
GREEN TREE SERVICING, LLC,
                              Respondent.

No. 65160

**FILED**

JAN 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

The parties have stipulated that the appealed-from order should be reversed in light of this court's opinion in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014). We hereby approve the stipulation and

REVERSE the order granting the motion to dismiss AND REMAND this matter to the district court for further proceedings consistent with this order.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Jessie Elizabeth Walsh, District Judge
       S. Wolfe Thompson
       Brooks Hubley LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01953